JOSEPH J. PLOOF, Respondent-Appellant, v STONE CONSTRUCTION EQUIPMENT, INC., Appellant-Respondent, et al., Defendant. [639 NYS2d 757]

Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.